# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name | Officer No |
|---|---|---|---|
| A51 | FDVI009W | Roper, Christian | 2331 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged  ☐ CFR  ☐ USC  ☐ STATE CODE |
|---|---|
| 04/06/2024 12:00 | FED 36 CFR 261.10B |

**Place of Offense:** Beaverhead Flat Scenic Viewpoint

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
36 CFR 261.10B - TAKING POSSESSION

### DEFENDANT INFORMATION

Phone: [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| Grandfille | Alian | M |

Street Address: [redacted]

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Sedona | AZ | 86351 | [redacted]/1942 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| [redacted] | | IA | [redacted]0162 |

| Adult ☒ | Juvenile ☐ | Sex ☒ M ☐ F | Hair: White | Eyes: Blue | Height: 6' 0" | Weight: 150 |

### VEHICLE  VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

**APPEARANCE IS REQUIRED** | **APPEARANCE IS OPTIONAL**

A ☒ If Box A is checked, you must appear in court. See instructions.
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount
$ 30.00 Processing Fee

**Total Collateral Due**

PAY THIS AMOUNT AT
www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 123 N. San Francisco St. Flagstaff, Arizona 86001 | 05/07/2024 |
| | Time (hh:mm) 09:00 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: _____

Officer's Copy (Pink)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **04/06/2024** while exercising my duties as a law enforcement officer in the _____ District of **AZ**

Pursuant to 16USC 551 I, USDA Forest Service Law Enforcement Officer (LEO) Roper, was on uniformed patrol in a marked patrol vehicle within the jurisdiction of the Coconino National Forest.

At approximately 1652 hours I contacted a male later identified by a sovereign citizen ID card and confirmed through a police records check as Alain GRANDFILLE. GRANDFILLE came to the Red Rock Visitor's Center on April 6th and 8th, 2024 to report that his property was missing from his camp on April 6, 2024. This camp was located at the scenic overlook on Beaverhead Flat Road, which is within the boundaries of the Coconino National Forest.

I later learned that a forest service employee had placed an orange warning sticker on the tent on March 17, 2024 for exceeding the 14-day stay limit. This warning sticker says, in part, "You must remove this vehicle or property immediately or it may be impounded." On April 6th, 2024 at approximately 1200 hours LEO Miguel Buenrostro provided authorization for USFS employees to remove and dispose of the camp and belongings, believing that the site had been abandoned. I spoke with a friend of GRANDFILLE, who informed me that GRANDFILLE had been living with him from November until January or February, at which time he moved out and either stayed with a friend or moved onto the National Forest.

I arranged a meeting with GRANDFILLE at Clarks Market on April 8th, 2024 to interview him about his missing property. GRANDFILLE provided me with a list of all items that he believed had been stolen, including a 7X7 tent, two sleeping bags, a yoga mat, a cooler with food, a small cardboard box with clothing accessories, a big backpack with clothes and toiletries, and other miscellaneous belongings. GRANDFILLE stated that he left his campsite on April 6th at 7am and when he returned that evening it was gone.

I asked GRANDFILLE why he had been camped there so long, and he said it was because he was "homeless." He further stated that he was homeless because he had no income due to filing court paperwork against the Social Security Administration in CA court because federal courts have no jurisdiction. I informed GRANDFILLE that it was illegal to reside on National Forest System lands, and he replied "I don't reside. I just live there." He continued with conspiracy theories in line with the sovereign citizen movement, stating that he is under no obligation to the government and that the law does not apply to him due to his beliefs.

I issued a violation notice to GRANDFILLE for a violation of 36 CFR 261.10 (b).

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/06/2024  _C. Roper_
Date (mm/dd/yyyy)   Officer's Signature

☒ Probable cause has been stated for the issuance of a warrant.

Executed on: 5/7/2024  _[signature]_
Date (mm/dd/yyyy)   U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident, **PASS** = 9 or more passenger vehicle,
**CDL** = Commercial driver's license,  **CMV** = Commercial vehicle involved in incident

## United States District Court
### Violation Notice (Rev. 1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| A51 | FDVI009X | Roper, Christian | 2331 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 04/06/2024 12:00
Offense Charged: [ ] CFR [ ] USC [ ] STATE CODE
FED 36 CFR 261.16G

Place of Offense: Beaverhead Flat Scenic Viewpoint

Offense Description: Factual Basis for Charge — HAZMAT [ ]
36 CFR 261.16G - PLACING EQUIPMENT

**DEFENDANT INFORMATION**

Phone: [redacted]
Last Name: Grandfille
First Name: Alian
M.I.: M

Street Address: [redacted]

City: Sedona
State: AZ
Zip Code: 86351
Date of Birth: [redacted]/1942

Drivers License No.: [redacted]
CDL: [ ]
D.L. State: IA
Social Security No.: [redacted]0162

[X] Adult [ ] Juvenile   Sex [X] M [ ] F
Hair: White
Eyes: Blue
Height: 6' 0"
Weight: 150

**VEHICLE**
VIN:
CMV [ ]
Tag No. | State | Year | Make/Model | PASS | Color

APPEARANCE IS REQUIRED
A [X] If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL
B [ ] If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount
$ 30.00 Processing Fee
**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov → Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 123 N. San Francisco St, Flagstaff, Arizona 86001
Date: 05/07/2024
Time: 09:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Officer's Copy (Pink)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 04/06/2024 while exercising my duties as a law enforcement officer in the _____ District of AZ.

Pursuant to 16USC 551. I, USDA Forest Service Law Enforcement Officer (LEO) Roper, was on uniformed patrol in a marked patrol vehicle within the jurisdiction of the Coconino National Forest.

At approximately 1652 hours I contacted a male, later identified by a sovereign citizen ID card and confirmed through a police records check as Alain GRANDFILLE. GRANDFILLE came to the Red Rock Visitor's Center on April 6th and 8th, 2024 to report that his property was missing from his camp on April 6, 2024. This camp was located at the scenic overlook on Beaverhead Flat Road, which is a developed recreation site within the boundaries of the Coconino National Forest. Camping is prohibited at all developed recreation sites unless designated for such use. This scenic overlook is not a designated camping area.

I later learned that a forest service employee had placed an orange warning sticker on the tent on March 17, 2024 for exceeding the 14-day stay limit. This warning sticker says, in part, "You must remove this vehicle or property immediately or it may be impounded." On April 6th, 2024 at approximately 1200 hours LEO Miguel Buenrostro provided authorization for USFS employees to remove and dispose of the camp and belongings, believing that the site had been abandoned. I spoke with a friend of GRANDFILLE, who informed me that GRANDFILLE had been living with him from November until January or February, at which time he moved out and either stayed with a friend or moved onto the National Forest.

I arranged a meeting with GRANDFILLE at Clarks Market on April 8th, 2024 to interview him about his missing property. GRANDFILLE provided me with a list of all items that he believed had been stolen from his campsite at the Beaverhead Flat Scenic Viewpoint, including a 7X7 tent, two sleeping bags, a yoga mat, a cooler with food, a small cardboard box with clothing accessories, a big backpack with clothes and toiletries, and other miscellaneous belongings. GRANDFILLE stated that he left his campsite on April 6th at 7am and when he returned that evening it was gone.

I informed GRANDFILLE that it was illegal to reside on National Forest System lands or camp more than 14 days. GRANDFILLE replied "I don't reside. I just live there." He continued with conspiracy theories in line with the sovereign citizen movement, stating that he is under no obligation to the government and that the law does not apply to him due to his beliefs.

I issued a violation notice to GRANDFILLE for a violation of 36 CFR 261.16 (g), while in a developed recreation site, placing/maintaining/using camping equipment.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/06/2024   C. Roper
Date (mm/dd/yyyy)   Officer's Signature

[✓] Probable cause has been stated for the issuance of a warrant.

Executed on: 5/7/2024   [signature]
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident. PASS = 9 or more passenger vehicle.
CDL = Commercial drivers license.   CMV = Commercial vehicle involved in incident.

# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A51 | F5307306 | Nuttall | 2578 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 11/26/2024 ~0815
Offense Charged: ☑ CFR ☐ USC ☐ State Code — 36 CFR 261.3(a)
Place of Offense: Clarks Market, 100 Verde Valley School Rd, Sedona, AZ

Offense Description: Factual Basis for Charge — HAZMAT ☐
THREAT, RESIST, INTERFER WITH A FOREST OFFICER

### DEFENDANT INFORMATION
Phone: ( )

| Last Name | First Name | M.I. |
|---|---|---|
| Grandfille | Alain | M |

Street Address: [redacted]
City: Sedona    State: AZ    Zip Code: 86351    Date of Birth: [redacted]/1942

Driver's License No.: [redacted]   CDL ☐   D.L. State: IA   Social Security No.: [redacted]

☒ Adult ☐ Juvenile    Sex: ☒ Male ☐ Female    Hair: Whi    Eyes: Blu    Height: 6-0    Weight: 150

### VEHICLE   VIN:   CMV ☐
Tag No.:     State:     Year:     Make/Model:     PASS ☐   Color:

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT → www.cvb.uscourts.gov
$ ____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 123 N. San Francisco St, Flagstaff, AZ 86001
Date: 11/26/2824    Time: 1015

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: In custody

Original - CVB Copy

*F5307306*

Previous edition is obsolete    FS-5300-4 (1/2020)

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on NOVEMBER 26, 2024 while exercising my duties as a law enforcement officer in the _____ District of ARIZONA

SEE ATTACHED

The foregoing statement is based upon:

☒ my personal observation     ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/26/2024       _____
              Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 11/26/2024       _____
              Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT= Hazardous material involved in incident; PASS= 9 or more passenger vehicle;
CDL= Commercial drivers license; CMV= Commercial vehicle involved in incident



**USDA**
**FOREST SERVICE**

## STATEMENT OF PROBABLE CAUSE

CASE NUMBER
F5307306
LOCATION CODE
*A51*

| FOREST | ADDRESS |
|---|---|
| Coconino National Forest | 8576 State Route 179 Sedona, AZ 86351 |

While exercising my duties as a United States Forest Service (FS) Law Enforcement Officer (LEO), on 11/26/2024, I, Kyle Nuttall (#2578), was conducting uniformed vehicle patrol in a marked police vehicle with the jurisdiction of the Coconino National Forest, Red Rock Ranger District, Coconino County, in the Judicial District of Arizona.

At approximately 08:15 hours Officer Roper and I drove to Clarks Market in the Village of Oak Creek to look for Alain GRANDFILLE. GRANDFILLE has an active federal warrant for his arrest. When Officer Roper and I arrived in the parking lor of Clarks Market, Officer Roper observed a green color bicycle that he knew belonged to GRANDFILLE. Officer Roper and I approached the bike attempting to locate GRANDFILLE. GRANDFILLE was not near the bicycle, at that time I decided to wait near the bicycle to see if GRANDFILLE would exit the store. Approximately 5-10 minutes later GRANDFILLE exited the store, I recognized GRANDFILLE from a picture shown to me by Officer Roper.

As GRANDFILLE exited the store, I asked him if the bike was his, he stated that it was, at that time I ordered GRANDFILLE to place his hands behind his back, told him that he was not free to leave and that he was being detained. I also grabbed GRANDFILLE right arm and attempted to place his right hand behind his back, GRANDFILLE attempted to pull his arm away from me, and I again grabbed his arm and attempted to place it behind his back. While attempting to place GRANDFILLE's hand behind his back I observed a closed pocketknife in GRANDFILLE 's left hand. At that time, I drew my service pistol, pointed it at him and ordered GRANDFILLE to drop the knife. Officer roper grabbed GRANDFILLE left wrist, GRANDFILLE's hand was clinched around the knife. Officer Roper attempted to deescalate the situation by talking to GRANDFILLE. Officer Roper asked GRANDFILLE if he remember him and that he had issued him tickets in the past. GRANDFILLE stated that he did, but GRANDFILLE still would not release the knife. Officer Roper had to pry GRANDFILLE fingers off the knife one by one until he was able to strip it free, throwing it to the ground. Once GRANDFILLE was no longer in possession of the knife, Officer Roper and I were then able to place GRANDFILLE in handcuffs without any further incident.

The foregoing is based upon:
    x    My personal observations.
    x    My personal investigation.
         Information supplied to me from a fellow officer's observations.
         Other (explained above).



**USDA
FOREST SERVICE**

**STATEMENT OF PROBABLE CAUSE**

CASE NUMBER
F5307306
LOCATION CODE
*A51*

---

I declare under penalty of perjury that the information which I have set forth above and on the face of the Violation Notice is true and correct to the best of my knowledge.

Executed on (Date) 11/26/2024

*Kyle Nuttall*

Law Enforcement Officer
*Kyle Nuttall*

Probable Cause has been stated for the issuance of a summons or a warrant for the arrest of the violator named or identified herein.

11/26/2024
(Date)

_____
(United States Magistrate-Judge)